In the Matter of MITCHELL J. KALWASINSKI, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [937 NYS2d 894]

---

Mercure, A.P.J., Lahtinen, Malone Jr., Kavanagh and Egan Jr., JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.